1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  4100 Newport Place Drive, Ste. 800
   Newport Beach, CA  92660
4  Tel: (949) 706-6464
   Fax: (949) 706-6469
5
   Attorneys for Plaintiff
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11 LUIS LICEA, an individual,            Case No. 5:20-cv-02273-DDP-SHK
12         Plaintiff,
                                         **NOTICE OF SETTLEMENT**
13         v.                            **[L.R. 16-15.7]**
14 CBT NUGGETS, LLC, a Delaware limited
   liability company; and DOES 1 – 10,
15 inclusive,
16         Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SETTLEMENT

1 **TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

2 **PLEASE TAKE NOTICE** that the parties have reached a settlement of the
3 above-captioned matter and are in the process of executing the actions required by the
4 agreement.  It is anticipated a dismissal of the entire action with prejudice will be filed
5 within forty-five (45) days of the date of this Notice.

6

7 Dated:  December 13, 2020              PACIFIC TRIAL ATTORNEYS, APC

8
                                         By: */s/ Scott J. Ferrell*
9                                        Scott. J. Ferrell
                                         Attorneys for Plaintiff
10

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2020, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.