# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CBT NUGGETS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: ED CV 20-2273-DMG (SHKx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDCE [19]** |

1  The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-captioned action.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  December 18, 2020

_____
DOLLY M. GEE
UNITED STATE DISTRICT JUDGE

- 1 -